JS-6 /ENTER

FILED
MAR 23 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTABIUS WATT DARDEN, | ) | Case No. SACV 08-0727-GW (MLG) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| ORANGE COUNTY SHERIFF'S DEPARTMENT, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action herein is dismissed.

Dated: March 22, 2010

_George H. Wu_
George H. Wu
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY